1
2
3
4
5                                                                    Priority
6                                                                    Send
                                                                     Enter
7                                                                    Closed
              UNITED STATES DISTRICT COURT                           JS-5/JS-6
                                                                     JS-2/JS-3
8             CENTRAL DISTRICT OF CALIFORNIA                         Scan Only
9                    WESTERN DIVISION
10
11  CARL B. JOHNSON,              )   No. CV 08-02868-SVW (VBK)
                                  )
12              Petitioner,       )   JUDGMENT
                                  )
13       v.                       )
                                  )
14  A. HEDGPETH,                  )
                                  )
15              Respondent.       )
                                  )
16  _____)

17       Pursuant to the Order Summarily Dismissing Petition for Writ
18  of Habeas Corpus for Lack of Subject Matter Jurisdiction,
19       **IT IS ADJUDGED** that this action is summarily dismissed
20  pursuant to Rule 4 of the Rules Governing §2254 Cases in the
21  United States District Courts.
22
23  DATED: 5/7/08
24
25                                    _____
                                              STEPHEN V. WILSON
26                                       UNITED STATES DISTRICT JUDGE
27
28